# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence A. Pizzimenti<br>Kristina E. Pizzimenti aka<br>Kristina Elizabeth Pizzimenti<br>Debtors | CHAPTER 13<br><br>BKY. NO. 13-12744 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 9757

    Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734