UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| KRISTINA E PIZZIMENTI | : | |
| | : | Bankruptcy No. 13-12744 |
| Debtor | : | |
| | : | |
| | : | |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claimfiled b**y RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before 14 days from today.**

Dated:  **Date: March 24, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE