Certificate Number: 01401-PAE-DE-030347753

Bankruptcy Case Number: 13-12744



01401-PAE-DE-030347753

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2017, at 11:57 o'clock AM EST, Lawrence Pizzimenti completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 26, 2017          By:    /s/Jeremy Lark

                                   Name:  Jeremy Lark

                                   Title: FCC Manager