Certificate Number: 01401-PAE-DE-030346264

Bankruptcy Case Number: 13-12744


01401-PAE-DE-030346264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2017, at 7:36 o'clock AM EST, Kristina E Pizzimenti completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 26, 2017          By:    /s/Jeremy_Lark

Name:  Jeremy_Lark

Title:   FCC Manager