```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 13-12744-ref
Lawrence A. Pizzimenti                                              Chapter 13
Kristina E. Pizzimenti
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa                  Page 1 of 3                  Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb         +Lawrence A. Pizzimenti,    Kristina E. Pizzimenti,    217 Melissa Drive,    Easton, PA 18045-7912
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX  75063)
13008055       +American Express,   P. O. Box 981537,    El Paso, TX 79998-1537
13104226        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13008056       +BAC Home Loans Serv. LP,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13008057      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    P. O. Box 982235,    El Paso, TX  79998-2235)
13008058        Bill Me Later,    P.O. Box 2394,   Omaha, NE  68103-2394
13125168       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13008063        CBNA/Office Depot - C,    P.O. Box 6497,    Sioux Falls, SD  57117-6497
13008064        CBNA/Staples -C,    P.O. Box 6497,    Sioux Falls, SD  57117-6497
13118526        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13008065       +Chase - Best Buy,    P.O. Box 15298,    Wilmington, DE 19850-5298
13008066       +Chase Bank USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
13008067       +Chase/Bank One Card Serv.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13042752       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13008069        Credit First Natl Assoc,    P.O. Box 81315,    Cleveland, OH  44181-0315
13041356      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13008070       +Dell Finl Svcs Web Bank,    P.O. Box 81607,    Austin, TX 78708-1607
13008071       +Easton Periodontal Assoc.,    Joel M. Brooks, D.D.S.,    21 Corporate Drive,
                 Easton, PA 18045-2664
13008072        Estate Information Services,    EIS Collections,    P.O. Box 1730,    Reynoldsburg, OH  43068-8730
13044947        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13008073       +FST Bankcard Cntr-Omaha,    POB 3412,   Omaha, NE 68197-0001
13017901       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13008079       +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
13008081        Lending Club Corporation,    470 Convention Way,    Redwood, CA  94063
13839676       +Nationstar Mortgage, LLC,    c/o Denise Carlon, Es.q,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13011077       +RBS Citizens,    443 Jefferson Blvd.,    RJW 135,    Warwick RI 02886-1321
13008084       +RBS Citizens NA,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
13008085       +Sears/CBNA,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13008087        The Home Depot/CBNA,    P. O. Box 6497,    Sioux Falls, SD  57117-6497
13082314        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 02:03:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2018 02:04:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:06:49     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:36      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13008054        E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2018 02:03:37      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN  55438-0901
13020796        E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2018 02:03:37      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13071670       +E-mail/Text: bncmail@w-legal.com Jul 26 2018 02:03:56      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13008060       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:07:43
                 Capital ONe Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13008059       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:08:28      Capital One,
                 P.O. Box 5253,    Carol Stream, IL 60197-5253
13044566       +E-mail/Text: bnc@bass-associates.com Jul 26 2018 02:03:36      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13008061       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:06:58      Capital One/Best Buy,
                 P. O. Box 5253,    Carol Stream, IL 60197-5253
13008062       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 02:07:42      Capital One/Boscovs,
                 P. O. Box 5253,    Carol Stream, IL 60197-5253
13008068        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 26 2018 02:03:43      Comenity Bank/Fashion Bug,
                 POB 182789,    Columbus, OH  43218-2789
```

```
District/off: 0313-4          User: Lisa                   Page 2 of 3                   Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW              Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13008074       E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:07:31      GECRB/JC Penney,
                 P. O. Box 965001,    Orlando, FL  32896-5001
13008075      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:08:17      GECRB/Lowes,    P.O. Box 965005,
                 Orlando, FL  32896-5005
13008076       E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:07:31      GECRB/SAMS,    P.O. Box 965005,
                 Orlando, FL  32896-5005
13008077       E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:07:31      GECRB/Sony Financial Srv.,
                 P.O. Box 965036,    Orlando, FL  32896-5036
13008078       E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 02:07:32      GERCB/6th Ave. Electrics,
                 P.O. Box 965036,    Orlando, FL  32896-5036
13096546       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 26 2018 02:03:58       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13008080      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 26 2018 02:03:39        Kohl’s Department Store,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
13593693       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2018 02:07:01       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13053620      +E-mail/Text: bk@lendingclub.com Jul 26 2018 02:04:08       LendingClub Corporation,
                 71 Stevenson Street,    Suite 300,   San Francisco CA 94105-2985
13043521       E-mail/Text: bkr@cardworks.com Jul 26 2018 02:03:35       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13008082      +E-mail/Text: bkr@cardworks.com Jul 26 2018 02:03:35       Merrick Bank,    P.O. Box 1500,
                 Draper, UT 84020-1500
13121423       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 02:08:19
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13332765      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2018 02:06:50
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13077941       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2018 02:03:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
13072112       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2018 02:03:44
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13015986       E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2018 02:08:19
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13008086       E-mail/Text: bankruptcy@td.com Jul 26 2018 02:03:55       TD Bank N.A.,    32 Chestnut Street,
                 Lewiston, ME  04240
                                                                                              TOTAL: 30


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 GREENVILLE, SC  29603-0587
cr*           +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr*            eCast Settlement Corporation,    PO Box 28136,   New York, NY  10087-8136
13105284*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13096549*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13126895*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, Texas 75063)
13498921*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,   Dallas, TX  75261)
13011078*     +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13082315*      eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
13310634*      eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
13008083     ##+New Hope Fertility Center,    784 Park Avenue,   New York, NY 10021-3553
                                                                                   TOTALS: 0, * 11, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: Lisa                 Page 3 of 3                   Date Rcvd: Jul 25, 2018
                              Form ID: 138NEW            Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC.
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Lawrence A. Pizzimenti s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Kristina E. Pizzimenti
               s.palopoli@verizon.net,    betsylavelle@yahoo.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lawrence A. Pizzimenti and Kristina E. Pizzimenti

    Debtor(s)

Bankruptcy No: 13−12744−ref

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/25/18

    69 – 68
    Form 138_new