United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12744-ref
Lawrence A. Pizzimenti                                                  Chapter 13
Kristina E. Pizzimenti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Jul 25, 2018
                              Form ID: 212            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb         +Lawrence A. Pizzimenti,   Kristina E. Pizzimenti,   217 Melissa Drive,   Easton, PA 18045-7912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC.
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Kristina E. Pizzimenti
               s.palopoli@verizon.net,   betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Lawrence A. Pizzimenti s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                           Chapter: 13
    Lawrence A. Pizzimenti and Kristina E. Pizzimenti

Debtor(s)                                                                                  Case No: 13−12744−ref

___

*ORDER*

AND NOW, 7/25/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐  A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑  A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Chief Judge ,United States Bankruptcy Court